540

347 A.2d 486

COMMONWEALTH of Pennsylvania

v.

Gregory JONES, a/k/a Gregory Spruel, Appellant.

Supreme Court of Pennsylvania.

Nov. 26, 1975.

Leo H. Eschbach, Pottstown, for appellant.

Milton O. Moss, Dist. Atty., William T. Nicholas, 1st Asst. Dist. Atty., Stewart J. Greenleaf, Asst. Dist. Atty., Chief, Appeals Div., Norristown, for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

OPINION OF THE COURT

PER CURIAM.

Case remanded for the filing of post-trial motions as though timely filed.